UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA


Gregory C. Krug,

v.                                            No:

Victor Loranth, in his individual

capacity.

COMPLAINT


1) Krug is currently incarcerated in the Federal Bureau of Prisons'

Metropolitan Detention Center, which is located in Los Angeles, CA.

2) Loranth was employed as both a doctor at and the Clinical Director of FCI Williams-

burg, at 'all times' which are relevant hereto, and he

now resides within Williamsburg County in South Carolina.

3) Jurisdiction is proper, pursuant to 28 USC §§ 1331 and 1332(a)(1),

and venue is proper, pursuant to 28 USC § 1391(b)(1).

4) This action has been brought under the authority of Bivens

v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 US 388, because Loranth ... was acting " under [the] claim of federal authority" when he deliberately inflicted cruel and unusual punishment upon Krug by not only failing to treat the cirrhosis of his liver — despite the disclosure of that condition in the medical records which his employer had in its possession — but also by issuing aspirin, to him, despite the "precaution" which any idiot can see in the Physicians' Desk Reference.

5) On 3/29/11, Loranth authorized the initial issuance of a prescription for the daily ingestion of 81 mg. of aspirin — despite the fact that, on 3/28, he had cosigned a

report which had been prepared on 3/25 by a RN named

Mary Birchler that noted the existance of the cirrhosis of

Krug's liver and described his skin color as "yellow," which

indicates the presence of excess bilirubin and hence cirrhosis.

6) As indicated on Exhibit "A" hereto, on 4/11/11, Loranth

signed a "Final Report" which stated that Krug's "Total

Bilirubin" level was 2.3* and that the maximum "Reference

Range" therefor was 1.3. the facts that an[...] [...] [...]

abreviation for "High" appears next thereto, and Krug's

Total Bilirubin level was 80 percent greater than the max-

imum Reference Range did not cause Loranth to do anything.

_____

* As can be seen in Exhibit "B" hereto, the cirrhosis of Krug's liver

had decreased by 12 percent since 9/19/09 ( $2.6 - 2.3 \div 2.6$ ).

(EXHIBIT "C")

7) Shortly after 6/10/11, Loranth received a letter from the

Lake City Community Hospital which informed him that Krug

suffered from "cirrhosis [of his liver] with sequelae /

portal venous hypertension." The fact that Loranth's

receipt of that letter did not cause him to do anything

is conclusive evidence as to his deliberate indifference of

Krug's medical condition. The most probable reason why Loranth

did not disclose the condition of Krug's liver to Krug is

that he knew that Krug would demand to be seen by the

appropriate specialist (a hepatologist), which would cause

his employer to spend money that could be used for

purposes which are more important than the medical care

of any inmate.                                                      P. 4 of 7

8) As can be seen on Exhibit "D" hereto, Krug's Bilirubin

Level had increased to 3.8 by 4/15/13, and the only pos-

sible explanation for that 65 percent* increase is Loranth's

3/29/11 decision to issue aspirin to a KNOWN cirrhotic, for-

& according to page 2 of Webmd.com's dissertation on cirrhosis-

Loranth's decision was "dangerous."

9) Krug was completely ignorant as to each of these facts until

he received Exhibit "D" about one month after 5/14/14, 13,

and hence this litigation has been timely initiated.

10) If the Court will permit Krug to depose Loranth, he will be

able to prove that Loranth is deliberately indifferent to

_____

\* $3.8 - 2.3 \div 2.3$

every inmate's need for medical services.

11) As Loranth will readily admit, there is no treatment – much

less a cure – for the damage which he has deliberately inflicted

upon Krug, and while it's not currently possible to ac-

curately determine the extent to which Krug's life has been

shortened by Loranth's deliberate indifference to the health of

Krug's liver, it's very probable that his death will

occur at least one year earlier as a result of Loranth's

                                                    hereby
misconduct, for which Krug seeks $1,000,000 of actual

damages and $10,000,000 of punitive damages.

12) Krug hereby requests that this litigation be resolved by

a jury.

Respectfully submitted,

*Gregory C. Krug*          4-29-14

Gregory C. Krug, Pro Se

Reg. No. 15503-075

P.O. Box 1500

Los Angeles, CA 90053